CORNELIA VAN ALLEN, PLAINTIFF, *v.* THE FARMERS' JOINT STOCK INSURANCE COMPANY, DEFENDANT.

*Insurance company — general agent — powers of — Parol waiver of conditions, when policy in terms provides for written waiver only.*

A general agent of an insurance company may waive the performance of a condition inserted in the policy for the benefit of the company. (*Ames* v. *N. Y. Union Ins. Co.*, 4 Ker., 253; *Liddle* v. *Market Ins. Co.*, 29 N. Y., 184; *Benedict* v. *Ocean Ins. Co.*, 31 N. Y., 389; *Boehen* v. *Williamsburgh Ins. Co.*, 35 id., 131; *Bodine* v. *Exchange Ins. Co.*, 51 id., 117.)

A parol waiver of a condition in a policy is good, notwithstanding a provision in the policy that nothing but a written agreement, signed by an officer of the company, shall have that effect. (*Parker* v. *Arctic Ins. Co.*, 1 N. Y. S. C., 397; affirmed by Court of Appeals.)

MOTION to set aside verdict for plaintiff and for a new trial, upon exceptions ordered to be heard in the first instance at the General Term. The action was upon a policy of insurance against fire.

*M. Hopkins*, for the plaintiff.

*D. Pratt*, for the defendant.

Opinion by GILBERT, J.

Judgment affirmed.